# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                         Case No. 6:98-cr-261-Orl-18KRS

JORGE ANTONIO VALDES, JR.

_____

## JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court on January 30, 2007 for consideration of a Report and Recommendation rendered by Magistrate Judge Donald Paul Dietrich (Doc. No. 105), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on November 27, 2006. The Defendant was represented at the hearing by Peter Warren Kenny, Esquire..

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that Defendant's supervised release is hereby revoked and the defendant is continued on his previous term of supervised release.

**DATED AND ORDERED** on January 30, 2007 in Orlando, Florida..

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
Bureau of Prisons
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal
Defendant